81

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 02 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| OSCAR F. SANCHEZ ) | |
| AND HIS WIFE, ) | |
| LILIANA SANCHEZ, ) | |
|     Plaintiffs ) | |
| ) | |
| VS. ) | Civil Action No. B-93-37 |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| CITY OF HOUSTON, ) | |
| CHEATHAM COUNTY AND ) | |
| HARRIS COUNTY, ) | |
|     Defendants. ) | |

### ORDER

Pursuant to the agreement of the parties at the Status Conference held on October 25, 1996 and the decision handed down by the Court of Appeals for the Fifth Circuit on June 11, 1998, cause number 96-40557, this cause should be and is hereby DISMISSED.

All pending motions in this cause are therefore rendered moot.

DONE this 2nd _____ day of December, 1998 at Brownsville, Texas.

_____
United States District Judge

Atkinson Assignment
12/2/98



```
CASE:       1:93-cv-00070
DOCUMENT:   68
DATE:       12/02/98

CLERK:      og
```

68

United States District Court
Southern District of Texas
ENTERED

DEC 0 2 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MARTIN PENA and ) | |
| TERESA PENA ) | |
| ) | |
| VS ) | Civil Action No. B-93-070 |
| ) | |
| LOPEZ SUPERMARKETS, INC., ) | |
| DIVERSIFIED CONSULTANTS ) | |
| and PRUDENTIAL INSURANCE ) | |

### ORDER OF DISMISSAL

On the 7th day of October, 1998, the above-entitled and numbered cause of action came on to be heard. The Court having reviewed the pleadings and motions on file is of the opinion that Third Party Plaintiff's Motion to Dismiss should be granted.

It is therefore, ORDERED, ADJUDGED and DECREED that Third Party Plaintiff, Lopez Supermarkets, Inc.'s Third Party Action against Third Party Defendant, Diversified Consultants, is hereby DISMISSED WITH PREJUDICE to the refiling of same.

All costs of court are to be taxed to the party incurring the same.

DONE this 2nd day of December, 1998 in Brownsville, Texas.

United States District Judge  12/2/98

14

United States District Court
Southern District of Texas
ENTERED

DEC 0 2 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| FELIX RODRIGUEZ ) | |
| ) | |
| vs ) | |
| ) | Civil Action B-98-016 |
| EXCEL CORPORATION, CARGILL, ) | |
| INC., AND STEVE STEFFE ) | |

ORDER

This cause was transferred to the Northern District of Texas, Amarillo Division on March 16, 1998. Therefore, Plaintiff Felix Rodriguez's Motion to Reconsider Order Denying Remand is **DENIED** as the Court is without jurisdiction to grant the same.

**SO ORDERED.**

DONE this 2nd day of December, 1998 at Brownsville, Texas.

_____
United States District Judge

12/2/98

Delay on Assignment